**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-2316**

---

JENNIFER WILSON,

Plaintiff - Appellant,

v.

RANDSTAD USA,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, Chief District Judge.  (2:21-cv-00506-MSD-LRL)

---

Submitted:  April 25, 2023                          Decided:  April 27, 2023

---

Before GREGORY, Chief Judge, THACKER, Circuit Judge, and MOTZ, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jennifer Wilson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jennifer Wilson appeals the district court's order dismissing her second amended complaint under 28 U.S.C. § 1915(e)(2), in which she alleged violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and state law.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Wilson v. Randstad USA*, No. 2:21-cv-00506-MSD-LRL (E.D. Va. Dec. 12, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*